The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| XILONG ZHU, | CASE NO. 20-cv-5818-RSL |
| Plaintiff, | STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANTS TO FILE A RESPONSIVE PLEADING |
| v. | |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*, | |
| Defendants. | |

**STIPULATION**

COME NOW, Plaintiff, Xilong Zhu, and Defendants United States Department of Homeland Security, *et al.*, by and through their counsel of record, pursuant to Local Rules 10(g) and 16, and hereby jointly stipulate and move for an extension of the deadline for Defendants to respond to the Complaint by 30 days.  Currently, Defendants' responsive pleading to the Complaint is due on October 19, 2020.

A court may modify a schedule for good cause.  Fed. R. Civ. P. 16(b)(4). Continuing pretrial and trial dates is within the discretion of the trial judge. *See King v. State of California*, 784 F.2d 910, 912 (9th Cir. 1986).

The parties submit there is good cause for an extension of the deadline. U.S. Citizenship and Immigration Services ("USCIS") has scheduled an interview for Plaintiff on November 4, 2020 regarding his current N-400 application. This matter may be resolved without further involvement of the Court if USCIS grants Plaintiff's pending N-400 application. If the application is denied, Plaintiff will likely file an Amended Complaint. Continuing the existing deadline for a responsive pleading will allow the parties to conserve resources because they will not have to expend resources completing work on the case that may become moot (or the issues may change) once USCIS is able to interview plaintiff and issue a decision.

Stipulated to and presented this 16th day of October, 2020.

| | |
|---|---|
| CASCADIA CROSS BORDER LAW GROUP | BRIAN T. MORAN<br>United States Attorney |
| s/ Samantha L. Stearns<br>Samantha L. Stearns<br>4300 B St., Ste 207<br>Anchorage, AK  99503<br>907-242-5800<br>Email:  rstearns@cascadialawalaska.com<br>Counsel for Plaintiff | s/ Sarah K. Morehead<br>SARAH K. MOREHEAD, WSBA #29680<br>Assistant United States Attorney<br>United States Attorney's Office<br>700 Stewart Street, Suite 5220<br>Seattle, Washington 98101-1271<br>Phone:  206-553-7970<br>Fax:  206-553-4067<br>Email:  sarah.morehead@usdoj.gov<br>Counsel for Defendants |

## **ORDER**

The parties having stipulated and agreed, it is hereby so ORDERED. The deadline for defendants to file a responsive pleading to the Complaint is extended to November 18, 2020.

DATED this __23rd__ day of ____October____, 2020.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge