The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

|  |  |
|---|---|
| XILONG ZHU, | Case No. 3:20-cv-5818-RSL |
| Plaintiff; | ORDER TO EXTEND DEADLINE TO FILE PL AINTIFF'S RESPONSE TO THE MOTION TO DISMISS, OR ALTERNATIVELY, TO STAY |
| DEPARTMENT OF HOMELAND SECURITY, *et al.*, Defendants. | |

## ORDER TO EXTEND DEADLINE TO FILE PLAINTIFF'S RESPONSE TO THE MOTION TO DISMISS OR ALTERNATIVELY TO STAY

Plaintiff, Xilong Zhu, and Defendants, by and through their counsel of record, pursuant to Local Rule 7, have moved for an extension of the deadline for Plaintiff to respond to the Defendants' Motion to Dismiss, or Alternatively, to Stay Proceedings pending litigation in *Fang v. Saldana*, No. CV 17-2092 (JLL) (D.N.J.), *rev'd and remanded sub nom, Fang v. Dir. United States Immigration & Customs Enf't*, 935 F.3d 172 (3d Cir. 2019). A court may modify a schedule for good cause. Fed. R. Civ. P. 16(b)(4).

The parties submit there is good cause for an extension of the deadline and have so stipulated. Defendants filed the foregoing Motion on November 18, 2020. Plaintiff received sealed pleadings in a case in which his present attorney is not representing him, which are pertinent to the present litigation, on November 24, 2020, six (6) days after the Motion was filed. Therefore, parties

Proposed Order to Extend Deadline for Plaintiff to File Response

Page **1** of **3**

Cascadia Cross Border Law Group
4300 B Street, Suite 207
ANCHORAGE, AK 99503
(907) 242-5800

agree that ten (10) additional days is apppropriate for Plaintiff to submit a response to the Government's Motion.

The parties having agreed, it is hereby so ORDERED. The deadline for Plaintiff to file a responsive pleading to the Motion to Dismiss is extended to December 10, 2020. Defendants' Reply will be due on December 18, 2020.


DATED this 30th day of November, 2020.

Robert S. Lasnik
United States District Judge


Respectfully submitted this 25th day of November 2020.

Proposed Order to Extend
Deadline for Plaintiff to File
Response

Page **2** of **3**

Cascadia Cross Border Law Group
4300 B Street, Suite 207
ANCHORAGE, AK 99503
 (907) 242-5800