The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| XILONG ZHU, | Case No. 3:20-cv-5818-RSL |
| Plaintiff; | **ORDER OF DISMISSAL** |
| v. | |
| DEPARTMENT OF HOMELAND SECURITY, *et al.*, | |
| Defendants. | |

    Plaintiff Xilong Zhu and Defendants, by and through their counsel of record, having jointly moved to dismiss this action.

    IT IS HEREBY ORDERED that this action is dismissed.

    Dated this the 18th day of May, 2022.

_____
Robert S. Lasnik
United States District Judge